UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA INDEPENDENCE CENTER, INC. <br> Plaintiffs | * <br> * <br> * <br> * | CIVIL ACTION NO.: 22-2527 <br><br> JUDGE: JAMES D. CAIN, JR. |
| VERSUS | * <br> * | |
| GRANITE STATE INSURANCE COMPANY <br> Defendant | * <br> * <br> * | MAGISTRATE: KATHLEEN KAY |

\* \* \* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## GRANITE STATE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Granite State Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation

        Respectfully Submitted,

        */s/ Robert I. Siegel*
        ROBERT I. SIEGEL, ESQUIRE (#12063)
        **GIEGER, LABORDE & LAPEROUSE, LLC**
        Suite 4800- One Shell Square
        701 Poydras Street
        New Orleans, Louisiana 70139-4800
        Telephone: (504) 561-0400
        Facsimile:   (504) 561-1011
        E-mail: rsiegel@glllaw.com
        *Attorneys for Granite State Ins. Co.*

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 31st day of August 2022, served a copy of the foregoing **Corporate Disclosure Statement** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL