## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SOUTHWEST LOUISIANA** | : | **CIVIL ACTION NO. 22-02527** |
| **INDEPENDENCE CENTER, INC.** | : | |
| | : | **JUDGE JAMES CAIN** |
| **V.** | : | |
| | : | **MAG. JUDGE KATHLEEN KAY** |
| **GRANITE STATE INSURANCE** | : | |
| **COMPANY** | : | |

### GRANITE STATE'S MOTION TO DISMISS
### PLAINTIFF'S GENERAL DAMAGE CLAIMS UNDER LA. R.S. § 22:1973

Defendant, Granite State Insurance Company ("Granite State") moves to dismiss the claims of "mental anguish, inconvenience, worry, and stress" asserted by Plaintiff, Southwest Louisiana Independence Center, Inc. ("Plaintiff"), under Louisiana Revised Statute § 22:1973.  As more fully set forth in the accompanying supporting memorandum, Plaintiff, a corporation, is incapable of experiencing "mental anguish, inconvenience, worry, and stress," and accordingly, has not and cannot state a valid cause of action therefore under Louisiana Revised Statute § 22:1973.

**WHEREFORE**, Granite State Insurance Company prays that the instant Motion be granted and that Plaintiff's claims for "mental anguish, inconvenience, worry, and stress" under Louisiana Revised Statute § 22:1973 be dismissed, with prejudice and at Plaintiff's cost.

*[signature block on next page]*

Respectfully submitted,

/s/ Robert Siegel
Robert I. Siegel (Bar. No. 12063)
Victoria E. Emmerling (Bar No. 33117)
Patrick O. Weilbaecher (Bar No. 39383)
Gieger, Laborde & Laperouse, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
E-mail:   rsiegel@glllaw.com
          temmerling@glllaw.com
          pweilbaecher@glllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Robert Siegel
ROBERT I. SIEGEL