UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **SOUTHWEST LOUISIANA INDEPENDENCE CENTER INC** | **CASE NO. 2:22-CV-02527** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GRANITE STATE INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Upon consideration of the foregoing Motion to Dismiss [doc. 11] filed by defendant with consent [doc. 14] of plaintiff, the court finds that the motion should be **GRANTED**. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that plaintiff's claims for mental anguish, inconvenience, worry, and stress be **DISMISSED WITH PREJUDICE**. All other claims in this matter remain pending before the court.

**THUS DONE AND SIGNED** in Chambers on the 19th day of October, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**